Hilberto HERNANDEZ *v.* STATE of Arkansas

CR 97-451                                              942 S.W.2d 866

Supreme Court of Arkansas
Opinion delivered May 5, 1997

*Constance G. Grayson,* for appellant.

No response.

PER CURIAM. Hilberto Hernandez, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Constance G. Grayson, admits in her motion that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.